E-FILED
Thursday, 19 September, 2013  03:14:20 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| DR. MARK W. STURDY d/b/a ROCHESTER VETERINARY CLINIC on behalf of itself and a class, | ) ) ) ) |
| Plaintiff, | ) 3:13-cv-3126-RM-BGC ) ) |
| v. | ) ) |
| LOWLITE INVESTMENTS, INC., doing business as OLYMPIA PHARMACY, and JOHN DOES 1-10, | ) Honorable Judge Mills ) Magistrate Judge Cudmore ) ) ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs.  Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs.  This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

**PLAINTIFF**

DR. MARK W. STURDY d/b/a
ROCHESTER VETERINARY CLINIC

s/ Dulijaza Clark
By one of its attorneys
Dulijaza (Julie) Clark
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St., 18th Fl.
Chicago, IL 60603
312-739-4200

**DEFENDANT**

LOWLITE INVESTMENTS, INC. d/b/a
OLYMPIA PHARMACY

s/ Amy S. Tingley (w/ permission)
By one of its attorneys
Amy S. Tingley
Stovash, Case & Tingley, P.A.
220 N. Rosalind Ave.
Orlando, FL 32801
407-316-0393

## **CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, certify that on September 19, 2013, I caused a true and accurate copy of the foregoing document to be served upon the party listed below through the Court's CM/ECF system:

      Amy S. Tingley
      STOVASH CASE & TINGLEY PA
      The VUE at Lake Eola
      220 North Rosalind Avenue
      Orlando, FL 32801
      407-316-0393
      407-316-8969 (fax)
      atingley@sctlaw.com

      s/ Dulijaza Clark
      Dulijaza Clark


Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)